Decision Per Curiam.

Edward R. Gunby, as Assignee for the benefit of A. H. Hayden, Plaintiff in Error, vs. George D. Sweetser, John H. Sweetser, Theodore K. Pembroke, Joseph H. Bumstead, George L. Putnam and Howard P. Sweetser, copartners doing business under the firm name of Sweetser, Pembroke & Company, Defendants in Error.

## DIVISION A.

Writ of error to Circuit Court, Hillsborough county; W. A. Carter, Referee.

*C. C. Whitaker,* for Plaintiff in Error.

*F. M. Simonton,* for Defendant in Error.

This action was brought by the defendants in error against the plaintiff in error. There was judgment for the plaintiffs, and the defendant takes writ of error. The judgment is affirmed.